# EXHIBIT 1

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| THE CINCINNATI INSURANCE CO. | ) | |
| *Plaintiff* | ) | |
| v. | ) Civil Action No. RDB-19-03355 |
| JOSEPH FISH | ) | |
| | ) | |
| *Defendant* | ) | |

**SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**

To: Mr. Robert S. Reverski SERVE ON: Mr. Robert S. Reverski, Esq., Midkiff, Munci & Ross, P.C. 300 Arboretum Place, Suite 420, Richmond VA 23236

*(Name of person to whom this subpoena is directed)*

☑ **Testimony:** YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: Office of Lochner Law Firm, P.C. or via ZOOM | Date and Time: 03/31/2021 9:00 am |
|---|---|

The deposition will be recorded by this method: Court Reporter

☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material: See Attached Notice of Deposition

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 03/01/2021

*CLERK OF COURT*

OR

_____    /S/ Eugene E. Samarin
*Signature of Clerk or Deputy Clerk*    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Joseph Fish , who issues or requests this subpoena, are:

Eugene E. Samarin, Lochner Law Firm, P.C., 91 Main St., 4th Floor, Annapolis, MD 21401 | esamarin@boatinglaw.com | (443)716-4400

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. RDB-19-03355

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____ .

❒ I served the subpoena by delivering a copy to the named individual as follows: _____

_____ on *(date)* _____ ; or

❒ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| THE CINCINNATI INSURANCE CO., | * |
| | * |
| *Plaintiff/Counter-Defendant*, | * |
| | * |
| v. | * |
| | * |
| JOSEPH FISH, | * |
| | * CASE NO.: RDB-19-03355 |
| *Defendant/Counter-Plaintiff*. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE TO TAKE DEPOSITION OF ROBERT S. REVERSKI

PLEASE TAKE NOTICE, that pursuant to an agreement of the parties per Fed. R. Civ. P. 29, that at **9:00 a.m., on March 31, 2021**, at Lochner Law Firm, P.C., 91 Main St., 4th Floor, Annapolis, MD 21401, Defendant/Counter Plaintiff Joseph Fish, will take the deposition upon oral examination, pursuant to Fed. R. Civ. P. 30, before a notary public or some other person duly authorized to administer oaths, of:

> Mr. Robert S. Reverski, Esq.
> Serve Upon Counsel of Record for Plaintiff/Counter Defendant
> Mr. Robert S. Reverski
> Midkiff, Munci & Ross, P.C.
> 300 Arboretum Place
> rreverski@midkifflaw.com

or at such other date, time and place as counsel may mutually agree, and said deposition shall continue from day-to-day until complete.

The deposition may be used for any purpose permitted by the Fed. R. Civ. P.

The purpose of this deposition is to seek discoverable information regarding the investigations carried out by Mr. Reverski, on behalf of Plaintiff/Counter-Defendant Cincinnati Insurance Co., that led to determination of coverage. Furthermore, the 2019 denial letters are from Mr. Reverski, not Plaintiff/Counter-Defendant Cincinnati Insurance Co. *See Carr. V. Doubt T Diner*, 272 F.R.D. 431, 435 (D.Md. 2010); Fed. R. Civ. P. 26(b)(3) and 30(a).

Deposition will be limited to the topics and the deponent shall produce all documents, electronically stored data and items listed in Schedule A attached hereto.

**IF ANY OF THE REQUESTED MATERIALS ARE ON A DATA DISC, THE DEPONENT IS REQUESTED TO BRING COPIES OF THE DATA DISC WITH HIM/HER TO THE DEPOSITION.**

PLEASE NOTE THAT DUE TO THE RECENT COVID 19 CRISIS, THIS DEPOSITION MAY BE CONDUCTED VIA A "ZOOM GO TO MEETING" VIDEOCONFERENCE CALL **ON THE CONDITION** THAT ANY AND ALL ITEMS AND DOCUMENTS THAT ARE REQUESTED IN SCHEDULE A ARE DELIVERED TO THE LOCHNER LAW FIRM, P.C.'s OFFICE AT LEAST THREE BUSINESS DAYS IN ADVANCE OF THE DEPOSITION.

ALL PARTIES WHO WISH TO PARTICIPATE IN THE DEPOSITION VIA VIDEOCONFERENCE USING "ZOOM GO TO MEETING" MUST SEND AN EMAIL TO ESAMARIN@BOATINGLAW.COM ONE WEEK IN ADVANCE OF THE DEPOSITION. ONCE THE EMAIL HAS BEEN RECEIVED A REPLY EMAIL WILL BE SENT TO THAT PARTY WITH AN INTERNET LINK TO JOIN THE VIDEOCONFERENCE DEPOSITION ON THE DATE AND TIME STATED IN THIS NOTICE. TO PARTICIPATE VIA "ZOOM GO TO MEETING" YOU MUST HAVE A DEVICE WITH THE APPLICABLE ZOOM SOFTWARE AND A CAMERA AND A MICROPHONE.

Respectfully submitted this 1st day of March, 2021.

/S/
Eugene E. Samarin, Esq. (Bar Id. 19612)
Todd D. Lochner, Esq. (Bar Id. 25691)
Lochner Law Firm, P.C.
91 Main St., 4th Floor
Annapolis, MD 21401
T: (443) 716-4400
F: (443) 716-4405
*esamarin@boatinglaw.com*
*Counsel for Mr. Fish*

## **CERTIFICATE OF SERVICE**

I CERTIFY that on this 1st day of March, 2021, a copy of this Notice of Deposition was electronically served upon counsel for Plaintiff/Counter-Defendant, via e-mail and first class mail-postage pre-paid, upon:

Mr. Robert S. Reverski
Midkiff, Munci & Ross, P.C.
300 Arboretum Place
Suite 420
Richmond VA 23236
rreverski@midkifflaw.com

*Counsel for Cincinnati Insurance Company*

                                                              /S/
                                        Eugene E. Samarin

## SCHEDULE A

## SCOPE OF EXAMINATION

The Deponent shall be asked to testify regarding the following topical areas:

1. The Examination Under Oath of Mr. Joseph Fish and its findings

2. Mr. Reverski's Coverage Letter dated 11/21/2019, and the basis for coverage/denial

3. Mr. Reverski's Denial Letter dated 12/31/2019, and the basis for such denial

## REQUESTED DOCUMENTS

TO THE EXTENT YOU BELIEVE A DOCUMENT IS PRIVILEGED PLEASE PROVIDE A PRIVILEGE LOG WHICH COMPORTS WITH THE FEDERAL RULES OF CIVIL PROCEDURE AND JURISPRUDENCE ON THE TOPIC, SPECIFYING THE EXTENT TO WHICH IT RELATES TO THE "LACK OF GOOD FAITH CLAIMS" AS OPPOSED TO THE DECLARATORY JUDGMENT ACTION.

1. All notes, correspondence, findings, etc. from Mr. Fish's examination under oath

2. Any and all non-privileged documents that relate to the subject matter of this litigation or any report(s), which you relied in issuing the November 21, 2019 Coverage Letter including but not limited to:
    A. Any and all photographs;
    B. Any and all witness statements;
    C. Any and all diagrams.

3. Any and all non-privileged documents that relate to the subject matter of this litigation or any report(s), which you relied in issuing the November 21, 2019 Coverage Letter including but not limited to:
    A. Any and all photographs;
    B. Any and all witness statements;
    C. Any and all diagrams.