## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**Chambers of**  
**Richard D. Bennett**  
**United States District Judge**  
**Northern Division**

U.S.Courthouse - Chambers 5D  
101 W. Lombard Street  
Baltimore, MD 21201  
Tel:  410-962-3190  
Fax: 410-962-3177

June 30, 2022

## LETTER ORDER

TO COUNSEL OF RECORD

    RE:   *Cincinnati Insurance Company v. Fish*  
            Civil No. RDB-19-3355

Dear Counsel:

      This will confirm the telephone conference with counsel today in the above-captioned case.  This case is proceeding to trial with respect to the competing declaratory judgment claims of the Cincinnati Insurance Company and Joseph Fish, as well as Mr. Fish's breach of contract claim.  Counsel agree that the breach of contract claim shall proceed to trial before a jury and that the competing declaratory judgment claims will await post trial briefing and be ruled upon by the court as a matter of law.  Accordingly, the schedule has been revised as follows:

      **Pretrial Conference**      January 18, 2023 at 4:00 p.m.

      **Jury Trial**      January 23, 2023 at 10:00 a.m.

  The Pretrial Conference will be conducted via zoom so as not to inconvenience counsel.

      Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

                    Sincerely,

                    /s/

                Richard D. Bennett  
                United States District Judge