IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **THE CINCINNATI INSURANCE COMPANY,** | * | |
| Plaintiff/Counter-Defendant, | * | **Civil Action No. RDB-19-3355** |
| | | **RDB-20-0018** |
| v. | * | |
| **JOSEPH FISH,** | * | |
| Defendant/Counter-Plaintiff. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM ORDER**

This case has been scheduled for trial on January 23, 2023, since this Court's Letter Order of June 30, 2022. (ECF No. 94.) Only one matter has been filed with the Court since that time until the presently pending Motion of the Defendant/Counter-Plaintiff Joseph Fish requesting a continuance of the trial date. (ECF No. 96.) This Court conducted an off-the-record telephone conference call with counsel on December 19, 2022, addressing this late filing. Good cause has not been shown and the subject Motion to Continue (ECF No. 96) is DENIED.[1] Counsel have indicated some difficulties in the coordination of the presentation of the Pretrial Order in this case. Pursuant to Local Rule 106 of the Local Rules of this Court, counsel have the permission of this Court to submit separate pretrial orders by January 11, 2023 – seven days before the Pretrial Conference in this case scheduled for January 18, 2023. As previously indicated by the Court, that Pretrial Conference will be conducted via Zoom so as to not inconvenience counsel.

---

[1] Counsel for Mr. Fish has noted the potentiality for jury duty in the Circuit Court of Harford County in the first few weeks of January. This Court will assist in the request for his postponement of jury duty service.

As indicated in this Court's Letter Order of June 30, 2022 (ECF No. 94), this case will proceed to trial before a jury on the breach of contract claim of Mr. Fish against Cincinnati Insurance Company. The competing declaratory judgment claims of both parties will await post-trial briefings and be ruled upon by the Court as a matter of law.  This case remains scheduled for a jury trial on **January 23, 2023, at 10:00am.**

Dated: December 20, 2022 
_____/s/_____
Richard D. Bennett
United States District Judge